IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS P. RANKIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-1321 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | Re: ECF Nos. 87 and 91 |
| PTC ALLIANCE LLC, BLACK DIAMOND CAPITAL MANAGEMENT, LLC, *and* CARY M. HART | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this 28th day of September 2023, upon consideration of the Motion for Summary Judgment filed on behalf of Defendants PTC Alliance LLC and Cary Hart, ECF No. 87, and the Motion for Summary Judgment filed on behalf of Defendant Black Diamond Capital Management, LLC, ECF No. 91, and for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED, that the Motion for Summary Judgment filed on behalf of PTC Alliance LLC and Cary Hart is denied.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed on behalf of Black Diamond Capital Management, LLC, ECF No. 91, is granted and judgment shall be entered in its favor pursuant to Federal Rule of Civil Procedure 58.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Plaintiff wishes to appeal from this Order he or she must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P., with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

> BY THE COURT:
>
> /s/ Maureen P. Kelly
> MAUREEN P. KELLY
> UNITED STATES MAGISTRATE JUDGE

cc:   All counsel of record by Notice of Electronic Filing