IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS P. RANKIN, | ) | |
| | ) | Civil Action No. 2:21-cv-01321-MPK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| PTC ALLIANCE LLC, and | ) | Re: ECF No. 122 |
| CARY M. HART, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 11th day of June, 2024, upon consideration of Plaintiff's Amended Unopposed Motion to Approve Settlement Agreement and Dismiss Case With Prejudice, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion is granted. The parties' settlement agreement is approved by the Court as a fair and reasonable resolution of Plaintiff's claim. This action is hereby dismissed with prejudice. All parties shall bear their own fees and costs.

BY THE COURT:

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

8.      I declare under penalty of perjury that the foregoing is true and correct and that I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify thereto.

Executed on June 10, 2024 in Pittsburgh, Pennsylvania.

/s/ Steven E. Winslow
Steven E. Winslow, Esq.
Pa I.D. No. 319437
Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Boulevard
Pittsburgh, PA 15222
E-mail: sw@jpilaw.com
Phone: (412) 281-3850
Fax: (412) 281-1985